# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700317

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ANTON J. PYANT
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel F.W. Hoover, USMC.
Convening Authority: Commanding General, 2D Marine Logistics
Group, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain M.J. Cook, USMC.
For Appellant: Lieutenant Colonel Richard D. Belliss, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 28 December 2017

_____

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court